UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER SCALCIONE, an
individual Florida resident,

    Plaintiff,

v.                              Case No. 3:17-cv-760-J-32JRK

STOUGHTON AND DURAN
CUSTOM HOMES, LLC, a Florida
Limited Liability Company,

    Defendant.

## O R D E R

Upon review of Joint Notice of Dismissal with Prejudice (Doc. 23), filed on October 24, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of October, 2018.

                                                   TIMOTHY J. CORRIGAN
                                                   United States District Judge

jb
Copies:

Counsel of record